IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RICKEY SMITH                                                                                                PLAINTIFF

V.                                                                        CIVIL ACTION NO. 4:14CV127-NBB-JMV

LEFLORE COUNTY, MISSISSIPPI,
LEFLORE COUNTY RESTITUTION
CENTER, DERRICK ROSS, COMMANDER
ALLEN LANGDON, In His Individual and
Official Capacities, AND MISSISSIPPI
DEPARTMENT OF CORRECTIONS                                                           DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motions to dismiss are **GRANTED**. All claims against the individual defendants are hereby **DISMISSED with prejudice**. All claims against the state defendants are **DISMISSED without prejudice**.

This, the 24th day of September, 2015.

                                                /s/ Neal Biggers
                                               **NEAL B. BIGGERS, JR.**
                                               **UNITED STATES DISTRICT JUDGE**